# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2014

148790

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 148790
      COA: 319153
      Clinton CC: 13-009040-FH

ANGELA LYNN HARPER,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 21, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the Clinton Circuit Court's August 7, 2013 award of restitution, and we REMAND this case to the circuit court for the restitution hearing required by the May 20, 2013 judgment of sentence. MCL 780.767.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2014



                Clerk

t0617